**Order filed July 28, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00281-CV

_____

**EMMA E. DU BOIS, INDIVIDUALLY AND IN HER CAPACITY AS REPRESENTATIVE OF THE ESTATE OF DORA MILLER DU BOIS, DECEASED, Appellant**

**V.**

**BRENDA DUBOIS BRADLEY, INDIVIDUALLY AND AS AGENT IN SUCCESSION OF DORA MILLER DU BOIS, DECEASED, ET AL, Appellee**

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 321010129**

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the 129th District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On June 14, 2016, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided

this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM